**EXHIBIT 1:**
"Report of Investigation"
"Confidential Informant's Deactivation"

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | Report of ▮igation | |
|---|---|---|
| Title of Investigation: ▮▮▮ | Investigation Number:<br>764015-17-0027 | Report Number:<br>62 |

## SUMMARY OF EVENT:

On July 10, 2018, multiple recorded and monitored calls were made to Daniel GRIFFIN (DOB09161987), as well as text messages, at 305-834-6741 from ATF CI ▮ for the negotiation and purchase of a firearm that same day.

## NARRATIVE:

1. On July 10, 2018, multiple recorded and monitored calls were made to Daniel GRIFFIN (DOB09161987), as well as text messages, at ▮ from ATF CI ▮ for the negotiation and purchase of a firearm that same day.
2. These recordings can further be described as Property in ATF Custody Item E-0046.
3. On the first controlled and monitored call with GRIFFIN, GRIFFIN states "Hello?" CI then states "what's good bro" to which GRIFFIN responds "who's this?" CI then states "this is 'Twin,' my phone is dead, I'm calling you off someone else phone." GRIFFIN then states "I'm about to go to the crib now." CI then responds "so you ain't got it with you, shit, you gotta go get it huh." GRIFFIN then states "yeah." CI then asks GRIFFIN "you could bring it, you could meet me down? Cause I'm waiting on my family, we loading shit up right now." GRIFFIN states "what, and leave?" CI responds "I'm about to go to the 'Tel.'" GRIFFIN then asks, "well y'all going the Broward way?" CI responds "yeah we going up the Broward way." GRIFFIN then states, "but the 'Blues' what I'm talking bout." CI then responds "it is, it is." GRIFFIN goes on to state that "it got a thirty on it, I don't really move around like that." CI then states "yeah, yeah. So you on your way there now?" GRIFFIN responds "yeah." CI then states "alright, give me bout fifteen minutes." GRIFFIN states "alright." Call Concluded.
4. On the second controlled and monitored call with GRIFFIN, GRIFFIN states "Hello?" CI then asks "you make it to the crib?" GRIFFIN responds, "I'm down the street, I'm on 30th, I'm by the store." CI responds "oh ok, they trippin man, they saying they won't take me to the 'Back Blues,' my girl trippin man." GRIFFIN then asks, "where you at?" CI responds "I'm at my mommas house, they packing and shit." GRIFFIN then asks, "you can't meet me down 30th, 32nd?" CI then asks, "and what?" GRIFFIN states "I don't know." CI then states "they getting on the expressway and they trippin bout no stops." GRIFFIN then states, "alright, where you at man, where you at?" CI then responds, "I'm at my old girl crib in the 'Sub.'" GRIFFIN then asks, "what street that is?" CI then states "right there, last time bro, there at the apartments." GRIFFIN responds "alright, I'm gonna pull up." CI states "alright." Call

| Prepared by:<br>Joseph J. Milligan | Title:<br>Special Agent, Miami II Field Office | Signature: | Date:<br>8/29/18 |
|---|---|---|---|
| Authorized by:<br>Kyle M. Himel | Title:<br>Group Supervisor, Miami II Field Office | Signature: | Date:<br>8/30/18 |
| Second level reviewer (optional):<br>Christopher A. Robinson | Title:<br>Assistant Special Agent in Charge, Miami Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

USA000010

| Title of Investigation: ~~████████~~ | Inv 76 | Number /-0027 | Report Number: 60 |
|---|---|---|---|

4. ATF CI informed SA Hayes that there were two individuals in the van including "Dobe" who sold ATF CI the firearm. ATF CI also stated that "Dobe" was driving the van. ATF CI described the other individual as a skinny, older black male with grey hair and a grey/black beard, who was sitting in the passenger seat.

5. Upon arrival at the predetermined meeting location, the firearm was turned over to SA Milligan and placed into ATF evidence for processing and to be submitted to the laboratory for analysis. SA Hayes also disconnected the audio video recording device and relinquished custody of the device to SA Milligan for downloading and processing to be utilized for evidence. After the undercover operation, ATF CI was again found to be free of any drugs, weapons or contraband.



Detective / Case file

# Miami-Dade Police Department
## Forensic Services Bureau
9105 NW 25th Street, Miami, Florida 33172
(305) 471-2050

### Latent Unit
### Laboratory Analysis Report

July 18, 2018

MDPD Case #: PD180716 259874
AOA/Xref Case #: 764015-17-0027

To: J. Milligan, #4604
    Bureau of Alcohol, Tobacco, Firearms

Victim: Not Listed
Offense: Firearms Violation

The following evidence was submitted to this laboratory for analysis:

| ITEM # | Quantity | DESCRIPTION | LATENT IMPRESSIONS of Value | Identified | Not Identified |
|---|---|---|---|---|---|
| 1 | 1 | Thirty Round Magazine for Glock 9mm (Black) | N/A | | |
| 2 | 8 | Assorted 9mm Rounds | N/A | | |
| 3 | 1 | Glock 26, 9mm Pistol (Black Color) S/N: TFW775 | N/A | | |
| 4 | 1 | Ten Round Magazine for Glock 9mm (Black Color) | N/A | | |

The above evidence was processed and examined for the presence of latent prints.

**Subjects Submitted for Comparison:** Daniel Griffin DOB: 09/16/1987.
**Victims/Elimination Prints Submitted for Comparison:** None
**Latents Developed By:** Not applicable
**Inked Standards By:** Not applicable

**Results and Interpretations:**
Friction ridge print examinations are conducted using the Analysis, Comparison, Evaluation, and Verification methodology (ACE-V).

**Identified Latent Impressions:**
None

**Unidentified Latent Impressions:**
None

Items 1, 3 and 4 were processed and examined for the presence of latent prints. No latent prints of value were developed.

Item 2 was processed and examined for the presence of latent prints. No latent prints were developed.

The evidence has been forwarded to the MDPD FSB Central Evidence Reception Facility for additional analysis.

TR/AR

Page 1 of 2

An ASCLD/LAB Accredited Laboratory Since 1989



U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Operation EZ Does It | Investigation Number: 764015-17-0027 | Report Number: 65 |
|---|---|---|

## DESCRIPTION OF ACTIVITY
Examination of firearm(s) and ammunition for the purposes of determining the classification under Title 18 U.S.C., Chapter 44, and whether they moved in interstate and foreign commerce.

## SYNOPSIS:
On December 27, 2018, Special Agent (SA) Carlos Perez examined one (1) firearm and ammunition to determine their origin and status as to travel in interstate and/or foreign commerce.

## NARRATIVE:
On December 27, 2018, Special Agent (SA) Carlos Perez examined the following firearm and ammunition at the ATF Miami Field Division offices located at 11410 NW 20th street, Miami, Florida, per the request of ATF Agent Roques.

- Exhibit 1: Glock, Model 26 Gen 4, 9mm caliber pistol, serial number TFW775.
- Exhibit 2: Two (2) rounds of Blazer, .380 caliber ammunition, and three (3) rounds of Winchester, .380 caliber ammunition, six (6) rounds of Winchester, 9mm caliber ammunition, one (1) round of Sellier & Bellot, 9mm caliber ammunition, and one (1) round of Federal Cartridge Company, 9mm caliber ammunition, totaling thirteen (13) rounds of assorted (9mm caliber & .380 caliber) ammunition

## FINDINGS:
1. Based upon the examination of the firearm and ammunition, in conjunction with the research, knowledge and experience of SA Perez, it is his opinion that:

- Exhibit 1 is a firearm as defined in Title 18 United States Code (USC), Chapter 44, Section 921(a)(3) and was manufactured outside the state of Florida.
- Exhibit 2 is ammunition as defined in Title 18 United States Code (USC), Chapter 44, Section 921(a)(17)(A) and were manufactured outside the State of Florida.

## CONCLUSIONS:
It is the opinion of SA Perez that this firearm (Exhibit 1) and items of ammunition (Exhibit 2) was received and/or possessed in the state of Florida; they traveled in interstate and/or foreign commerce.

| Prepared by: Carlos C. Perez | Title: Special Agent, Miami II Field Office | Signature: | Date: 1/7/19 |
|---|---|---|---|
| Authorized by: Kyle M. Himel | Title: Group Supervisor, Miami II Field Office | Signature: | Date: 1/7/19 |
| Second level reviewer (optional): Christopher A. Robinson | Title: Assistant Special Agent in Charge, Miami Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

USA000001

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: 764015-17-0027 | Report Number: 64 |
|---|---|---|

## SUMMARY:

On July 10, 2018, ATF CI 17935 purchased a firearm from Daniel GRIFFIN, a multi convicted felon, at Olinda Park located at 2101 NW 51st Street Miami, FL 33142. This firearm purchase was recorded and monitored.

## NARRATIVE:

1. On July 10, 2018, ATF CI purchased a firearm from Daniel GRIFFIN, a multi convicted felon, at Olinda Park located at 2101 NW 51st Street Miami, FL 33142. This firearm purchase was recorded and monitored.
2. This recording can be further described as Property in ATF Custody ES-0047.
3. On July 10, 2018, CI was instructed by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Joseph Milligan to purchase a firearm from Daniel GRIFFIN, a multi convicted felon, whom also goes by the name of "Dobe." Prior to the undercover operation commencing, CI was found to be free of any drugs, weapons, or contraband. SA Sherman Brooks provided the CI with an audio/video recording device, as well as activated the device before the purchase and deactivated the device when the purchase was complete. Prior to the transaction, SA Milligan provided the CI with $500.00 in ATF Investigative Funds.
4. SA Brooks, acting in an undercover capacity, drove ATF CI to Olinda Park located at 2101 NW 51st Street Miami, FL 33142. Upon arrival, SA Brooks parked his undercover vehicle on the side of the road with the undercover vehicle facing north and the park to the west. At this time, CI exited the undercover vehicle and walked to the north side of the park and waited along the wooden perimeter fence that surrounded the park. A short time later, SA Brooks observed CI meet with a tall black male where CI had been waiting at the north side of the park. SA Brooks subsequently observed CI and the tall black male make an exchange, at which time the tall black male walked away and CI walked north across the street into the parking lot of an apartment building. Seconds later, SA Brooks observed CI walking back to the undercover vehicle.
5. Upon arrival back to the undercover vehicle, CI got into the passenger side of the undercover vehicle with one (1) firearm and one (1) extended firearm magazine. CI immediately turned the firearm and extended magazine over to SA Brooks. SA Brooks then placed the firearm and extended magazine into the console of the vehicle and departed the area and drove to a predetermined meeting location.
6. Upon arrival at the predetermined meeting location, the firearm was turned over to SA Milligan and placed into ATF evidence for processing and to be submitted to the laboratory for analysis. SA Brooks also disconnected the audio/video recording device and relinquished custody of the device to SA Milligan for downloading and

| Prepared by: Joseph J. Milligan | Title: Special Agent, Miami II Field Office | Signature: | Date: 8/30/18 |
|---|---|---|---|
| Authorized by: Kyle M. Himel | Title: Group Supervisor, Miami II Field Office | Signature: | Date: 8/30/18 |
| Second level reviewer (optional): Christopher A. Robinson | Title: Assistant Special Agent in Charge, Miami Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

USA000014

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | Report of ~~Inves~~tigation |
|---|---|

| Title of Investigation: | Investigation Number:<br>764015-17-0027 | Report Number:<br>63 |
|---|---|---|

**SUMMARY OF EVENT:**

On July 10, 2018, ATF Agents debriefed ATF CI ~~~~ reference the firearms purchase that transpired earlier in the day from Daniel GRIFFIN aka "Dobe," a multi convicted felon, in which ATF CI ~~~~ purchased a handgun and a thirty (30) round extended magazine from GRIFFIN.

**NARRATIVE:**

1. On July 10, 2018, ATF Agents debriefed ATF CI ~~~~ reference the firearms purchase that transpired earlier in the day from Daniel GRIFFIN aka "Dobe," a multi convicted felon, in which ATF CI ~~~~ purchased a handgun and a thirty (30) round extended magazine from GRIFFIN.

2. During this debrief, CI stated that CI got out of the car and walked to the side of the park. CI then saw a silver vehicle pull up, and subsequently saw Daniel GRIFFIN exit the vehicle from the passenger side. CI then made contact with GRIFFIN in the street and walked to the side of the road by a tree. At this point, the CI stated that CI saw that GRIFFIN possessed the handgun and magazine in his pocket. CI then stated that CI gave GRIFFIN the $500.00 in ATF Investigative Funds in exchange for the handgun and magazine. CI then stated that when the transaction was complete, GRIFFIN got back into the silver vehicle on the passenger side and the vehicle drove away. CI went on to state that CI walked through the parking lot across the street to make sure that GRIFFIN was gone, then walked back to the undercover vehicle. CI stated that CI turned over the handgun and magazine that CI had purchased from GRIFFIN to SA Brooks who was driving the undercover vehicle as soon as CI got into the vehicle.

| Prepared by:<br>Joseph J. Milligan | Title:<br>Special Agent, Miami II Field Office | Signature: | Date:<br>8/29/18 |
|---|---|---|---|
| Authorized by:<br>Kyle M. Himel | Title:<br>Group Supervisor, Miami II Field Office | Signature: | Date:<br>8/30/18 |
| Second level reviewer (optional):<br>Christopher A. Robinson | Title:<br>Assistant Special Agent in Charge, Miami Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

USA000013



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Christine Hernandez
Assistant United States Attorney
Direct Dial 305-961-9607

Major Crimes Section
James L. King Federal Justice Building
99 N.E. Fourth Street, Sixth Floor
Miami, FL 33132

September 6, 2019

**CONFIDENTIAL**

Sara Kane, AFPD
Assistant Federal Public Defender
Southern District of Florida
150 W. Flagler Street
Miami, Florida 33130

    Re:   *United States vs. Daniel Griffin*
            Case No. 19-20424-CR-Altonaga

Dear Ms. Kane:

    The United States discloses the following in advance of the trial in this case scheduled for October 15, 2019:

    The documented Confidential Informant's criminal history is attached to this memo and will be provided via email to counsel of record.

    In 2017, the Confidential Informant approached the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), with information regarding the defendant in anticipation that the information could potentially result in the approval of a third-party cooperation agreement resulting in a prison reduction for a family member. No promises have been made to the Confidential Informant of favorable treatment for the Confidential Informant's family member.

    The Confidential Informant received the following monies from the Bureau of Alcohol, Tobacco, Firearms, and Explosives in relation to this case:

(1) The Confidential Informant was paid $600 by ATF for their participation in the purchase of the firearm and ammunition from the defendant on October 30, 2017.
(2) The Confidential Informant was paid $400 by ATF for their participation in the purchase of the firearm and ammunition from the defendant on July 10, 2018.
(3) The Confidential Informant was paid a total of $1000 for mileage and incidentals related to travel to the Southern District of Florida for meetings related to this investigation.
(4) The Bureau of Alcohol, Tobacco, Firearms, and Explosives, paid $318.66 for the Confidential Informant's lodging in the Southern District of Florida for the dates of May 28, 2019 through May 30, 2019.

(5) The Confidential Informant's work for the Bureau of Alcohol, Tobacco, Firearms, and Explosives is limited to this case.

The Confidential Informant was deactivated as a documented Confidential Informant in January of 2018 for lack of activity.

Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Christine Hernandez
Christine Hernandez
Assistant United States Attorney

**EXHIBIT 2:**
"Plea Agreement Substance Paragraph"



Khurrum Wahid <khurrum@wvmlawfirm.com>

## Griffin trial

**Reding, Jason (USAFLS)** <~~[redacted]~~>  Sun, Nov 10, 2019 at 5:26 PM
To: Khurrum Wahid <khurrum@wvmlawfirm.com>
Cc: "Hernandez, Christine (USAFLS)" <~~[redacted]~~>

Khurrum,

As discussed, here's the substance paragraph of a plea agreement:

The parties agree to jointly recommend that, in light of the particular facts and circumstances of this case, and taking into account the factors set forth at Title 18, United States Code, Section 3553(a), the Court impose a sentence of forty-eight (48) months of imprisonment. The parties understand, acknowledge, and agree that a sentence of forty-eight (48) months of imprisonment may be above, within, or below the advisory guideline range determined by the Court. Nonetheless, the parties jointly agree to recommend that the Court impose a sentence of forty-eight (48) months. The parties understand and acknowledge that the Court is under no obligation to accept the parties' sentencing recommendation.

I'll try to work on the rest of the plea agreement tonight.

Best,

Jason

[Quoted text hidden]