UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 1:23-cv-21726-PCH
(CASE NO. 1:19-cr-20424-CMA-1)

**DANIEL GRIFFIN**,

    Movant,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Movant, Daniel Griffin's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence by a Person in Federal Custody [ECF No. 1], filed May 8, 2023. The Government filed a Response in Opposition to Movant's Motion to Vacate Sentence on June 20, 2023 (the "Response") [ECF No. 5]. Upon review of the Motion and the record, it is hereby

**ORDERED AND ADJUDGED** that Movant, Daniel Griffin shall either file his reply to the Response **[ECF No. 5] by July 31, 2023**, or promptly inform the Court that he does not intend to file a reply, so the Court may turn to the merits of his pending motion.

**DONE AND ORDERED** in Miami, Florida on June 23, 2023.

                                                  PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

cc:    Daniel Griffin

18289-104
Edgefield
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 725
Edgefield, SC 29824
PRO SE